UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DEMETRIA JORDAN, individually and on behalf of all those similarly situated,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GRACE LIVING CENTERS et al.,** )<br>)<br>**Defendants.** )<br>) | Case No. CIV-19-654-G |

## ORDER

Now before the Court is the Motion to Dismiss (Doc. No. 15) filed by Defendant Grace Living Centers on September 3, 2019. The Motion seeks dismissal of the claims asserted in Plaintiff's initial Complaint (Doc. No. 1). On September 24, 2019, Plaintiff timely filed an Amended Complaint (Doc. No. 16). *See* Fed. R. Civ. P. 15(a)(1)(B). Plaintiff's Amended Complaint supersedes the original Complaint and renders it of no legal effect. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991).

Accordingly, the pending Motion to Dismiss (Doc. No. 15) is DENIED AS MOOT.

IT IS SO ORDERED this 9th day of January, 2020.

_____
CHARLES B. GOODWIN
United States District Judge